# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

OSCAR GUILLEN,                 )
                                     )
                 Petitioner,     )
v.                             )     No. 1:06-cv-772-SEB-VSS
                                     )
CRAIG HANKS,            )
                                     )
                 Respondent.   )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: ___05/16/2006___

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Oscar Guillen, Sr.   DOC #950987
Westville Correctional Facility
P.O. Box 473
Westville, IN   46391