**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| OSCAR GUILLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:06-cv-772-SEB-VSS |
| | ) | |
| CRAIG HANKS, | ) | |
| | ) | |
| Respondent. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date:  05/16/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Oscar Guillen, Sr.   DOC #950987
Westville Correctional Facility
P.O. Box 473
Westville, IN   46391